IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON GORDON,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL PASQUARELLO, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 22-1565 |

## ORDER

**AND NOW**, this 14th day of March 2023, upon consideration of Defendants' Motion to Dismiss the Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Doc. No. 7), Plaintiff's Responses (Doc. Nos. 11, 23), Plaintiff's RICO Case Statement (Doc. No. 20), the arguments of counsel at the hearing held on September 15, 2022 on Defendants' Motion to Dismiss the Complaint, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss the Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Doc. No. 7) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.